# EXHIBIT A




# Wherever you are, New York's best laundry service is just a tap away.

Find a self-service location

ZIP CODE

**SELF-SERVICE**

## Click on the map to view a location:



**1055 S Congress Ave, Delray Beach STATE, 33445**
7am - 10pm
561-817-3444

**124 Nassau Ave, Brooklyn, 11222**
7am - 10pm
917-459-9886

**1225 St. Nicholas Ave, New York, 10032**
7am - 10pm
917-624-1851

**1330 5th Ave, New York, 10026**
7am - 10pm
917-704-7317

1492 5th Ave, New York, 10035
7am – 10pm
347-612-9607

155 Calyer Street, Brooklyn, 11222
7am – 10pm
347-612-9607

1746 1st Ave, New York, 10128
7am – 11pm
646-898-5343

1909 Kings Highway, Brooklyn, 11229
24 HOURS
917-459-9886

2037 Adam Clayton Blvd, New York, 10027
7am – 11pm
917-704-7317

2096 Madison Ave, New York, 10037
7am – 10pm
347-379-5271

211 West 16th Street, New York, 10011
7am – 11pm
929-640-6267

2167 3rd Ave, New York, 10035
7am – 11pm
347-241-5018

2171 Adam Clayton Blvd, New York, 10027
7am – 11pm
917-645-2798

2234 1st Ave, New York, 10029
7am – 11pm
917-645-2798

224 W 104 St, New York, 10025
7am – 10pm
917-645-2798

242 W 116 St, New York, 10026
24 HOURS
347-497-2711

2593 Frederick Douglas Blvd, New York, 10030
7am – 12am
347-241-5018

303 Flatbush Ave, Brooklyn, 11217
7am – 11pm
917-893-0214

3476 Broadway, New York, 10031
7am – 11pm
347-241-3431

3643 Broadway, New York, 10031
7am – 11pm
347-557-5646

4091 Broadway, New York, 10032
7am – 11pm
347-612-9607

410 East 59th Street, New York, 10022
7am – 10pm
929-640-6312

465 Lenox Ave, New York, 10037
7am – 11pm
347-612-9607

47 Kingsland Ave, Brooklyn, 11221
7am – 10pm
917-893-0214

4710 Broadway, New York, 10040
7am – 10pm
347-420-2276

489 2nd Avenue, New York, 10016
7am – 11pm
929-640-6280

545 Lenox Ave, New York, 10037
7am – 12am
646-952-0221

617 Lenox Ave, New York, 10037
7am – 11pm
347-612-9607

932 Amsterdam, New York, 10025
7am – 11pm
347-420-2276