# EXHIBIT B



The most trusted chain in Manhattan, since 1992          (212) 928-WASH



**SEE FLORIDA PRICING**

# Laundry day. Done.

Your time is priceless. Let us do your laundry. Folded. Pressed. Delivered. Enjoy New York's best service at the best prices anywhere.





CURRENT SPECIAL
**FREE**



# Wash & Fold

From a few articles of clothing to your entire closet, wash & fold service is our specialty! Pick up & delivery and same day service available. Special instructions are no problem. Enjoy fresh, clean laundry, and choose our Organic Service for a premium touch. 6 lb. minimum for self drop-off service.

## Wash & Fold Calculator

Prices start at $11.75 for 6 lbs self drop off, or $21 for up to 12 lbs. Pick up & delivery included.

- ⦿ Pick up & delivery
- ○ Self drop off
- ⦿ Regular laundry service
- ○ Organic service

How many pounds?    CALCULATE

Enter your zip code to get started.

ZIP CODE

# Organic Dry Cleaning

Your very best, pressed for less! You choose where we pick up and deliver. Once your dry cleaning is in our hands, it gets the royal treatment as our team of professionals restores your clothing to pristine condition through our very own, totally organic process. Expect perfectly cleaned and pressed apparel every time – free of stains, free of wrinkles and free of disappointment.





## Organic Dry Cleaning Price List

Select Clothing Type ▼

Maximum Price                                                                 $80

Enter your zip code to get started.

ZIP CODE



# nd Green!
## lered
## & Pressed Shirts

Whether you prefer pressed and on a hanger, or hand pressed and delivered, your designer cotton shirts will be fresh and clean and prepared just the way you like them.

## Tailoring Calculator



## Tailoring

Your very best clothes deserve to fit the way you want them to. We provide expert, custom tailoring for your favorite garments – both men's and women's. Fashion is our passion. We're always au courant on the latest trends, designs and fabrics. Our relentless attention to detail translates into flawless repairs and adjustments. No request is too small, no challenge too daunting.





# Clean & Comfy!
## Organically cleaned comforters & blankets

Everyone wants to get into bed with a comforter that's been perfectly restored to a clean and pristine freshness. There's no better feeling for you and your loved ones than snugging up with bedding that's been given a total, safe, green cleaning. Because there's no environment more important than the one in which you sleep.

## Comforter Price List

### Comforters

| | | | |
|---|---|---|---|
| • King | $20.00 | • Full | $12.00 |
| • Queen | $16.00 | | |

### Down Comforters

| | | | |
|---|---|---|---|
| • King | $27.00 | • Full | $17.00 |
| • Queen | $22.00 | | |

# Is laundry day getting a little overwhelming?

Don't dispair! Eco Miss Bubble makes laundry day easy with our sparkling clean self-service locations, and our easy drop-off services. And did we mention the price? The best anywhere, see for yourself!

**CURRENT SPECIALS**

