# EXHIBIT C

The most trusted chain in Manhattan, since 1992    (212) 928-WASH    Contact Us    Support    Login





# Contact us.

For general questions, please call us at (212) 928-WASH.

We are New York City's largest chain and most trusted laundry service. With 28 locations across the city, our big, spacious and comfortable laundromats are New Yorkers' favorite!

**LOCATIONS & HOURS**

For questions about custom tailoring or pricing, please visit our pricing page.

**SERVICES & PRICES**

For questions about our business services and corporate accounts, please visit our Business Services page.

**BUSINESS SERVICES**