# EXHIBIT D

Case 1:24-cv-01786-MMG   Document 1-4   Filed 03/08/24   Page 1 of 5

The most trusted chain in Manhattan, since 1992   (212) 928-WASH					Contact Us   Support   Login





Log in to your account

**1** Location — **2** Services — **3** Schedule — **4** Check Out

## What is your pick up and delivery address?

**Address**

**Address Line 2 (optional)**

**City**

**State**

**Zip**

**First Name**

**Email**

**Phone**

(___) ___-____

**CONTINUE**

### Order Summary

🗑 Wash & Fold                    $0.00
0 lbs

*Surcharge to meet delivery       $21.00
minimum (excluding products):*

ORDER TOTAL:                      $21.00

The most trusted chain in Manhattan, since 1992 (212) 928-WASH

Contact Us Support Login

Green Earth Organic Ms Bubble!

Log in to your account

1 Location
2 Services
3 Schedule
4 Check Out

ADD MORE SERVICES

Select your PICK UP date and time window.

12/15/2023 | 2-3pm

Select your DELIVERY date and

12/22/2023 | 3-4pm

CONTINUE

December 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

Order Summary

Wash & Fold $0.00
0 lbs

*Surcharge to meet delivery minimum (excluding products):* *$21.00*

AL: $21.00





