# EXHIBIT E







# A consistent look and consistent quality
## are the hallmarks of your business.

There's no better way to put your best foot forward than with professional cleaning that delivers on the consistent quality you seek to burnish your image.

What's more you save time and money – because time is money – by delegating a mundane but necessary task like laundering to us, while your employees do the

important work.

We offer up to a 50% discount for wholesale accounts.

## Our wholesale and business services include:

- Dry Cleaning
- Pick Up and Delivery Services
- Laundered Dress Shirts
- Wash and Fold
- Tailoring and Alterations

## We serve:

- Gyms
- Spas and Salons
- Hotels
- Bars and Restaurants
- Religious Facilities
- Medical Offices
- Department Stores
- Other Laundromats and Dry Cleaning Stores

For contracts and pricing please call us at (212) 928-WASH.

