# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, ___Leslie Ramirez_____, am an individual

formerly employed by ___Ms. Bubble Laundromat_____

(together, including any successors, affiliates or related entities, "Defendants"). I

consent to be a plaintiff in an action to collect unpaid compensation against

Defendants.


By: ___[signature]___
Leslie Ramirez (Jun 22, 2023 23:40 EDT)

Date: Jun 22, 2023

Name: Leslie Ramirez