UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LESLIE RAMIREZ,

              Plaintiff,

v.

EXCLUSIVE MANAGEMENT SOLUTION
GROUP, INC.,
ECO MISS BUBBLE, INC.
   d/b/a MISS BUBBLE LAUNDROMAT,
171ST & ST. NICHOLAS LAUNDROMAT INC.
   d/b/a MISS BUBBLE LAUNDROMAT,
   d/b/a LAUNDROMAT AUTHENTIC
CLEANERS, and
DMITRIY BEREZOVSKY a/k/a DMITRY,

              Defendants.

Case No: 1:24-cv-01786

**STIPULATION**

---------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that each of the four Defendants shall have until June 1, 2024 to answer, move or otherwise respond with respect to the Complaint in the above matter. All Parties have agreed to this extension of time.

    **IT IS FURTHER STIPULATED AND AGREED** that each of the four Defendants also agree to waive all defenses to invalid service of process and accept service of the Complaint and all amendments thereon.

    **IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be demed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

| For each of the four Defendants: | For the Plaintiff: |
|---|---|
| By: _____/s/ Mark R. Kook_____ | By: _____/s/ C.K. Lee, Esq._____ |
| Mark R. Kook, Esq. | C.K. Lee, Esq. |
| Law Office of Mark R. Kook | Lee Litigation Group, PLLC |
| 1180 Avenue of the Americas, Floor 8, | 148 West 24th Street, 8th Floor |
| New York, New York 10036 | New York, New York 10011 |
| Telephone: (212) 766-4100 | Telephone: (212) 465-1180 |
| mkook@kooklaw.com | cklee@leelitigation.com |
| Date: 03/14/2024 | Date: 03/14/2024 |