## LAW OFFICE OF MARK R. KOOK

1180 Avenue of the Americas, Floor 8 • New York, NY 10036 • Tel. (212) 766-4100
mkook@kooklaw.com

July 17, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

**By Email**
Hon. Margeret M. Garnett
United States District Court, Southern District of NY
40 Foley Square
Courtroom 906
New, New York 10007

Re:   Ramirez v. EMSG, Inc. et al., No.: 24-cv-1786
Letter Motion ON CONSENT for Extension

Dear Judge Garnett:

My firm represents all Defendants. I write to respectfully request – ON CONSENT – an extension of *two (2) days* to serve Defendants' Reply Brief on Defendants' Motion to Dismiss.

Defendants' Motion was filed on July 9, 2024. (For some reason ECF would not accept my Brief at that time; it is only 15 pages, but I was able to e-file it the morning of July 10, 2024.) See. Doc. No.s. 12-14.

The Court, yesterday, July 16, set the dates for Opposition and Reply Papers. The date for our Reply was set for July 31, 2024. However, I had previously paid for a vacation with my wife through July 31, 2024.

This is Defendant' First Request for an adjournment to serve/efile the Reply. In the event the Court grants this Letter Motion, then Defendant' Reply will be due on August 2, 2024.

I much appreciate Your Honor's consideration. Thank you.

Respectfully,

Mark R. Kook

Cc: All Counsel (by e-file)

Request GRANTED. If Plaintiff opposes the motion to dismiss, any reply brief shall be due **August 2, 2024.** The Clerk of Court is directed to terminate Dkt. No. 15.

SO ORDERED. Date 7/22/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE