# LAW OFFICE OF MARK R. KOOK

Two Park Avenue, Floor 20 • New York, NY 10016 • Tel. (212) 766-4100
mkook@kooklaw.com

May 13, 2026

**By Email**
Hon. Margeret M. Garnett
United States District Court, Southern District of NY
40 Foley Square
Courtroom 906
New, New York 10007

Re:    Ramirez v. EMSG, Inc. et al., No.: 24-cv-1786
       Letter Motion ON CONSENT for Extension

Dear Judge Garnett:

My firm represents all Defendants. Because I will be out of the country, I write to respectfully request – ON CONSENT – an extension of two weeks, to June 29, of the now scheduled date of, for June 15, of the Initial Pre-Trial Conference (the "Conference").

Pursuant to Your Honor's Order, dated May 7, 2026, the Conference is scheduled for June 15, 2026.

However, I have plane tickets to leave late on June 13, to fly to Israel for a family wedding. I will be returning on June 25, 2026.

This is Defendant' First Request for an adjournment of the Conference. Plaintiff's attorney has consented to this application. Counsel for both parties are available on June 29, should Your Honor's schedule allow for such a date,

I greatly appreciate Your Honor's consideration.

Thank you.

GRANTED. The conference previously scheduled for June 15, 2026, is ADJOURNED to **Monday, June 29, 2026**. The deadline for parties to file a revised Civil Case Management and Scheduling Order is EXTENDED to **June 22, 2026**, if needed.

SO ORDERED. May 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

Mark R. Kook

Cc: All Counsel (by e-file)